IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STEPHANIE BLAIR                                                     PLAINTIFF

VS.                                    CIVIL ACTION NO. 4:10-cv-0037-TSL-LRA

FRED'S STORES OF TENNESSEE, INC.
AND JOHN DOES 1-10                                      DEFENDANTS

## **AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, **STEPHANIE BLAIR,** through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendant, Fred's Stores of Tennessee, Inc., joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the ____1st____ day of __June_____, 2010.


                                                     /s/Tom S. Lee
                                                     **UNITED STATES DISTRICT COURT JUDGE**

Agreed and Approved:


| /s/ Gerald L. Kucia | /s/Shanda M. YatesShanda M. Yates |
|---|---|
| Gerald L. Kucia, Esq. (MSB #8716) | Shanda M. Yates, (MSB #102687) |
| Morgan & Morgan | Wells, Marble & Hurst, PLLC |
| 188 E. Capitol Street, Suite 777 | Post Office Box 131 |
| Jackson, MS 39201 | Jackson, Mississippi 39205-0131 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |